ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> vs. <br><br> GRAND SUMMIT LANDSCAPE MAINTENANCE ASSOCIATION AKA GRAND SUMMIT LIMITED MAINTENANCE ASSOCIATION; THUNDER PROPERTIES, INC., and HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. | Case No.: 3:16-cv-00539-MMD-VPC <br><br> **JOINT NOTICE OF SETTLEMENT AND STIPULATION TO ABATE** |

Bank of America, N.A., Grand Summit Landscape Maintenance Association aka Grand Summit Limited Maintenance Association, Thunder Properties Inc., and Hampton & Hampton Collections, LLC file this joint notice of settlement and stipulation to abate all remaining deadlines for sixty (60) days.

The parties have reached a settlement regarding the claims, causes of action, and defenses asserted in this action. The parties are finalizing the terms and preparing a formal written settlement agreement and expect to file a stipulation of dismissal within the next sixty (60) days.

The parties' deadline to file dispositive motions is June 18, 2018. (ECF No. 34, at 2.) To preserve the parties and the court's resources economy and as a result of the parties' agreement, the parties request the court abate all deadlines for sixty (60) days.

Dated: June 13, 2018

| **AKERMAN LLP** | **TYSON & MENDES LLP** |
|---|---|
| */s/ William S. Habdas* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> WILLIAM HABDAS, ESQ. <br> Nevada Bar No. 13138 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Margaret Schmidt* <br> THOMAS E. MCGRATH, ESQ. <br> Nevada Bar No. 7086 <br> MARGARET SCHMIDT, ESQ. <br> Nevada Bar No. 12489 <br> 3960 Howard Hughes Pkwy, Ste. 600 <br> Las Vegas, Nevada 89169 <br><br> *Attorney for Grand Summit Landscape Maintenance Association aka Grand Summit Limited Maintenance Association* |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.** | **HAMPTON & HAMPTON COLLECTIONS LLC.** |
| */s/ Timothy E. Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br><br> *Attorneys for Thunder Properties, Inc.* | */s/ Brandon Wood* <br> BRANDON WOOD, ESQ. <br> Nevada Bar No. 12900 <br> 6224 W. Desert Inn Road <br> Las Vegas, Nevada 89146 <br><br> *Attorney for Hampton & Hampton Collections, LLC* |

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: June 14, 2018