ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>               Plaintiff,<br><br>vs.<br><br>GRAND SUMMIT LANDSCAPE MAINTENANCE ASSOCIATION AKA GRAND SUMMIT LIMITED MAINTENANCE ASSOCIATION; THUNDER PROPERTIES, INC., and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>               Defendants. | Case No.: 3:16-cv-00539-MMD-VPC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

///

///

///

///

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Bank of America, N.A., and defendants

2  Grand Summit Landscape Maintenance Association aka Grand Summit Limited Maintenance

3  Association, Thunder Properties, Inc., and Hampton and Hampton Collections, LLC, by and through

4  their respective counsel of record, being the only parties to have appeared in this matter, stipulate

5  that this case shall be dismissed with prejudice as to all claims and all parties, with each party to bear

6  its own fees and costs.

7  DATED this 20th day of August, 2018.

8

| AKERMAN LLP | TYSON & MENDES LLP |
|---|---|
| /s/ William S. Habdas | /s/ Margaret Schmidt |
| ARIEL E. STERN, ESQ. | THOMAS E. MCGRATH, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 7086 |
| WILLIAM HABDAS, ESQ. | MARGARET SCHMIDT, ESQ. |
| Nevada Bar No. 13138 | Nevada Bar No. 12489 |
| 1635 Village Center Circle, Suite 200 | 3960 Howard Hughes Pkwy, Ste. 600 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89169 |
| *Attorneys for Bank of America, N.A.* | *Attorney for Grand Summit Landscape Maintenance Association aka Grand Summit Limited Maintenance Association* |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.** | **HAMPTON & HAMPTON COLLECTIONS LLC.** |
| /s/ Timothy E. Rhoda | /s/ Brandon Wood |
| ROGER P. CROTEAU, ESQ. | BRANDON WOOD, ESQ. |
| Nevada Bar No. 4958 | Nevada Bar No. 12900 |
| TIMOTHY E. RHODA, ESQ. | 6224 W. Desert Inn Road |
| Nevada Bar No. 7878 | Las Vegas, Nevada 89146 |
| 9120 West Post Road, Suite 100 | |
| Las Vegas, Nevada 89148 | *Attorney for Hampton & Hampton Collections, LLC* |
| *Attorneys for Thunder Properties, Inc.* | |

IT IS SO ORDERED.

Dated: ___August 21, 2018___

_____
U.S. District Judge

45181387;1